IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| NORMA C. SMITH,<br><br>      Plaintiff,<br><br>vs.<br><br>ETHICON, INC., and JOHNSON & JOHNSON,<br><br>      Defendants. | No. CV 20-17-H-SEH<br><br>**ORDER** |

On May 5, 2020, Defendants moved for admission of Anita Modak-Truran, Esq., of Butler Snow LLP, Nashville, Tennessee, to appear *pro hac vice* in this case with Maxon R. Davis, Esq., of Davis, Hatley, Haffeman, & Tighe, P.C., Great Falls, Montana, to act as local counsel.[1] The application is in compliance with L.R. 83.1(d).

ORDERED:

Defendants' Motion for Anita Modak-Truran to Appear *Pro Hac Vice*[2] is GRANTED, subject to the following conditions:

---

[1] Doc. 57.

[2] Doc. 57.

1.  Local counsel must serve as lead counsel or as co-lead counsel;

2.  Anita Modak-Truran must do her own work. She must do her own writing, sign her own pleadings, motions, briefs and other documents served or filed by her, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court.

3.  Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed.

4.  Admission is personal to Anita Modak-Truran; it is not an admission of Butler Snow law firm.

FURTHER ORDERED:

This Order will be withdrawn unless Anita Modak-Truran, within fifteen (15) days from the date of this Order, files an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 8th day of May, 2020.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Court